# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |
|---|---|---|
| **Debtor:** | JOHN DEFILLIP | |
| **Case Number:** | 17-24124-JAD | **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 21, 2019 10:00 AM   3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

FILED
3/21/19 4:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#32 - Trustee's Certificate of Default to Dismiss
   +Affidavit by Debtor
**R / M #:** 32 / 0

### *Appearances:*

Debtor: *A. Steidl*

Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to _8/29/19_ at _10:03_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ___✓___ Other:

*continue for sale of property*

3/15/2019   1:16:14PM