IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| John A. DeFillip, ) | Case No. 17-24124 JAD |
|    *Debtor* ) | Chapter 13 |
| ) | Docket No. |
| John A. DeFillip ) | |
|    *Movant* ) | |
|    Vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda Winnecour, Trustee, ) | |
| Bank of America, Franklin American Mortgage Company, ) | |
| American Express, Capital One Bank, Capital One Spark, ) | |
| Chase Cardmember Services, Dell Preferred Account, Fifth ) | |
| Third Bank, First National Bank Omaha, Home Depot ) | |
| Credit Services, Lowe's, Synchrony Bank, Merrick Bank, ) | |
| PayPal Credit, PNC, Sam's Club, Sears and JC Penney, ) | |
|    *Respondents* ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on June 12, 2019, a true and correct copy of the Notice of Hearing with Response date, *with a copy of the Motion to Sell Real Estate Free and Clear of Liens,* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:


ALL PARTIES LISTED ON THE ATTACHED MAILING MATRIX

United States of America
C/o US Attorneys Office
United States Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

Toni Colbert, Realtor for Buyer
Howard Hanna Real Estate Services
1601 Third Street
Beaver, PA 15009

Kailey T. Mandes
6377 Alderson Street
Pittsburgh, PA 15217

METHOD OF SERVICE:    First Class U. S. Mail


June 12, 2019
DATE

/s/ Julie Frazee Steidl
Julie Frazee Steidl, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Julie.steidl@steidl-steinberg.com
PA I. D. No. 35937

```
Label Matrix for local noticing          American Express                         American Express Bank, FSB
0315-2                                    PO Box 1270                              c/o Becket and Lee LLP
Case 17-24124-JAD                         Newark, NJ 07101-1270                    PO Box 3001
WESTERN DISTRICT OF PENNSYLVANIA                                                   Malvern  PA 19355-0701
Pittsburgh
Wed Jun 12 13:31:01 EDT 2019

American Express Business                 American Express Centurion Bank          Bank Of America, N.A.
PO Box 1270                                c/o Becket and Lee LLP                   PO BOX 31785
Newark, NJ 07101-1270                      PO Box 3001                              Tampa, FL 33631-3785
                                           Malvern  PA 19355-0701


(p)BANK OF AMERICA                         Bank of America, N.A.                    Capital One Bank (USA) N.A.
PO BOX 982238                              P O Box 982284                           P.O. Box 71083
EL PASO TX 79998-2238                      El Paso, TX 79998-2284                   Charlotte, NC 28272-1083



Capital One Spark                          Chase Cardmember Serice                  Chase Cardmember Services
PO Box 71083                               PO Box 1423                              P.O. Box 1423
Charlotte, NC 28272-1083                   Charlotte, NC 28201-1423                 Charlotte, NC 28201-1423



John DeFillip                              (p)DELL FINANCIAL SERVICES               Duquesne Light Company
83 Castle View Drive                       P O BOX 81577                            c/o Bernstein-Burkley, P.C.
Mc Kees Rocks, PA 15136-1898               AUSTIN TX 78708-1577                     707 Grant St., Suite 2200, Gulf Tower
                                                                                    Pittsburgh, PA 15219-1945


Keri P. Ebeck                              Fifth Third Bank                         Fifth Third Bank
Bernstein-Burkley                          PO Box 740789                            PO Box 9013
707 Grant Street                           Cincinnati, OH 45274-0789                Addison, Texas 75001-9013
Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1945

First National Bank Omaha                  First National Bank of Omaha             Franklin American Mortgage Company
PO Box 2557                                1620 Dodge St., Stop Code 3105           PO Box 77404
Omaha, NE 68103-2557                       Omaha, NE 68197-0002                     Ewing, NJ 08628-6404



Franklin American Mortgage Company         Alexandra Teresa Garcia                  Home Depot Credit Services
c/o Cenlar FSB                             McCabe Weisberg & Conway, P.C.           PO Box 9001010
425 Phillips Boulevard                     123 South Broad Street                   Louisville, KY 40290-1010
Ewing, NJ 08618-1430                       Philadelphia, PA 19109-1029



Jeffrey R. Hunt                            Lowes/Synchrony Bank                     MERRICK BANK
Goehring, Rutter & Boehm                   PO Box 530914                            Resurgent Capital Services
437 Grant Street                           Atlanta, GA 30353-0914                   PO Box 10368
14th Floor                                                                          Greenville, SC 29603-0368
Pittsburgh, PA 15219-6107


Merrick Bank                               Montour Area School District             Montour Area School District
PO Box 660702                              Goehring, Rutter & Boehm                 Goehring, Rutter & Boehm
Dallas, TX 75266-0702                      437 Grant Street, 14th Floor             c/o Jeffrey R. Hunt, Esquire
                                           Frick Building                           437 Grant Street, 14th Floor
                                           Pittsburgh, PA 15219-6101                Frick Building
                                                                                    Pittsburgh, PA 15219-6101
```

```
Office of the United States Trustee        PNC                                    PRA Receivables Management, LLC
Liberty Center.                            PO Box 856177                          PO Box 41021
1001 Liberty Avenue, Suite 970             Louisville, KY 40285                   Norfolk, VA 23541-1021
Pittsburgh, PA 15222-3721


PayPal Credit                              Pennsylvania Dept. of Revenue          Peoples Natural Gas Company LLC
PO Box 105658                              Department 280946                      c/o S. James Wallace, P.C.
Atlanta, GA 30348-5658                     P.O. Box 280946                        845 N. Lincoln Ave.
                                           ATTN: BANKRUPTCY DIVISION              Pittsburgh, PA 15233-1828
                                           Harrisburg, PA 17128-0946


(p)PORTFOLIO RECOVERY ASSOCIATES LLC       Quantum3 Group LLC as agent for        Remax Select Realty - Moon
PO BOX 41067                               MOMA Funding LLC                       1187 Thorn Run Road Ext., Ste. 400
NORFOLK VA 23541-1067                      PO Box 788                             Moon Township, PA 15108-3349
                                           Kirkland, WA  98083-0788


Sam's Club/Synchrony Bank                  Sears                                  Joyce Seretti
PO Box 530942                              PO Box 9001055                         Remax Select Realty - Moon
Atlanta, GA 30353-0942                     Louisville, KY 40290-1055              1187 Thorn Run Road Ext., Ste. 400
                                                                                  Moon Township, PA 15108-3349


Julie Frazee Steidl                        Synchrony/JC Penny                     Township of Kennedy
707 Grant Street Suite 2830                PO Box 960090                          Goehring, Rutter, and Boehm
Gulf Building.                             Orlando, FL 32896-0090                 437 Grant Street, 14th Floor
Pittsburgh, PA 15219-1932                                                         Frick Building
                                                                                  Frick Building
                                                                                  Pittsburgh, PA 15219-6101


Township of Kennedy                        S. James Wallace                       James Warmbrodt
Goehring, Rutter & Boehm                   845 N. Lincoln Avenue                  KML Law Group, P.C.
c/o Jeffrey R. Hunt, Esquire               Pittsburgh, PA 15233-1828              701 Market Street
437 Grant Street, 14th Floor                                                      Suite 5000
Frick Building                                                                    Philadelphia, PA 19106-1541
Pittsburgh, PA 15219-6101

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Bank of America                            (d)Bank of America                     Dell Financial Services, LLC
PO Box 15019                               PO Box 15220                           Resurgent Capital Services
Wilmington, DE 19886                       Wilmington, DE 19886-5019              PO Box 10390
                                                                                  Greenville, SC 29603-0390


(d)Dell Preferred Account                  Portfolio Recovery Associates, LLC
Payment Processing Center                  POB 12914
PO Box 6403                                Norfolk VA 23541
Carol Stream, IL 60197
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)Citizens Bank, N.A. | (u)Duquesne Light Company |
| (u)Franklin American Mortgage Company | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    48<br>Bypassed recipients    5<br>Total                  53 |