No _____ Term, _____

## Proof of Publication of Notice in Pittsburgh Post-Gazette
Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

---

Commonwealth of Pennsylvania, County of Allegheny, ss ___J. France___, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the _____regular_____ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**03 of July, 2019**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_____
PG Publishing Company

Sworn to and subscribed before me this day of:
July 03, 2019

*[Signature: Elizabeth R Chmura]*

Commonwealth of Pennsylvania - Notary Seal
Elizabeth R. Chmura, Notary Public
Allegheny County
My commission expires February 8, 2022
Commission number 1326781
Member, Pennsylvania Association of Notaries

**STATEMENT OF ADVERTISING COSTS**
STEIDL & STEINBERG, P.C.
707 GRANT STREET
GULF TOWER, SUITE 2830
PITTSBURGH   PA 15219

To PG Publishing Company

Total ---------------------------------------------- $299.00

## Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

| | |
|---|---|
| Office<br>2201 Sweeney Drive<br>CLINTON, PA 15026<br>Phone 412-263-1338 | PG Publishing Company, a Corporation, Publisher of<br>Pittsburgh Post-Gazette, a Newspaper of General Circulation<br><br>By _____ |

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

_____
Attorney For

---

**COPY OF NOTICE OR PUBLICATION**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
IN RE: John A. DeFillip
BANKRUPTCY NUMBER: 17-24124 JAD
NOTICE OF SALE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that Julie Frazee Steidl, Attorney for the Debtor, has filed a Motion to Sell Real Property Free and Clear of all Liens, Judgments and Encumbrances.

The Debtor, John A. DeFillip, has received an offer of $197,900.00 for the Debtor's real property being known as 83 Castle View Drive, McKees Rocks, PA 15136 in Allegheny County free and clear of all liens and encumbrances.

A hearing will be held in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on July 24, 2019 at 10:30 AM for the purpose of passing on said Motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted.

Additional information is available at the office of the Debtor's attorney, Julie Frazee Steidl, Esquire, Steidl and Steinberg, Suite 2830 – Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, (412) 391-8000.