# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** JOHN DEFILLIP
**Case Number:** 17-24124-JAD    **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, JULY 24, 2019 10:30 AM    COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Motion To Sell Real Estate Free And Clear Of Liens filed by Debtor
- CNO filed by Debtor 7/2/2019 at ECF No. 50
- Proof of Publication of Notice Of Sale In The Pittsburgh Post-Gazette filed 7/8/2019 at ECF No. 51
- Proof of Publication of Notice in Pittsburgh Legal Journal filed 7/22/2019 at ECF No. 52
R / M #: 46 / 0

## Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR: JULIE FRAZEE STEIDL, ESQUIRE  /FRYE

## Proceedings:

✓ Motion is **GRANTED** / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Order entered granting Motion. Sale Confirmed.**

FILED
7/24/19 2:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge