IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| John A. DeFillip, ) | Case No. 17-24124 JAD |
|    *Debtor* ) | Chapter 13 |
| ) | Related to Docket No. 54 |
| John A. DeFillip ) | |
|    *Movant* ) | |
| Vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda Winnecour, Trustee, ) | |
| Bank of America, Franklin American Mortgage Company, ) | |
| American Express, Capital One Bank, Capital One Spark, ) | |
| Chase Cardmember Services, Dell Preferred Account, Fifth ) | |
| Third Bank, First National Bank Omaha, Home Depot ) | |
| Credit Services, Lowe's, Synchrony Bank, Merrick Bank, ) | |
| PayPal Credit, PNC, Sam's Club, Sears and JC Penney, ) | |
|    *Respondents* ) | |

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on July 26, 2019, a true and correct copy of the *Order Confirming Chapter 13 Sale of Property Free and Divested of Liens,* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

ALL PARTIES LISTED ON THE ATTACHED MAILING MATRIX

United States of America
C/o US Attorneys Office
United States Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

Toni Colbert, Realtor for Buyer
Howard Hanna Real Estate Services
1601 Third Street
Beaver, PA 15009

Kailey T. Mandes
6377 Alderson Street
Pittsburgh, PA 15217

| | |
|---|---|
| July 26, 2019 | /s/ Julie Frazee Steidl |
| DATE | Julie Frazee Steidl, Esquire |
| | Attorney for the Debtor(s) |
| | STEIDL & STEINBERG |
| | Suite 2830 – Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | Julie.steidl@steidl-steinberg.com |
| | PA I. D. No.  35937 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-24124-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Jul 26 14:47:54 EDT 2019 | American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| American Express Business<br>PO Box 1270<br>Newark, NJ 07101-1270 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Bank Of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Capital One Bank (USA) N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Spark<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase Cardmember Serice<br>PO Box 1423<br>Charlotte, NC 28201-1423 | Chase Cardmember Services<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 |
| John DeFillip<br>83 Castle View Drive<br>Mc Kees Rocks, PA 15136-1898 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 | Fifth Third Bank<br>PO Box 740789<br>Cincinnati, OH 45274-0789 | Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| First National Bank Omaha<br>PO Box 2557<br>Omaha, NE 68103-2557 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197-0002 | Franklin American Mortgage Company<br>PO Box 77404<br>Ewing, NJ 08628-6404 |
| Franklin American Mortgage Company<br>c/o Cenlar FSB<br>425 Phillips Boulevard<br>Ewing, NJ 08618-1430 | Alexandra Teresa Garcia<br>McCabe Weisberg & Conway, P.C.<br>123 South Broad Street<br>Philadelphia, PA 19109-1029 | Home Depot Credit Services<br>PO Box 9001010<br>Louisville, KY 40290-1010 |
| Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | Lowes/Synchrony Bank<br>PO Box 530914<br>Atlanta, GA 30353-0914 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bank<br>PO Box 660702<br>Dallas, TX 75266-0702 | Montour Area School District<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Montour Area School District<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PNC
PO Box 856177
Louisville, KY 40285

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PayPal Credit
PO Box 105658
Atlanta, GA 30348-5658

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Remax Select Realty - Moon
1187 Thorn Run Road Ext., Ste. 400
Moon Township, PA 15108-3349

Sam's Club/Synchrony Bank
PO Box 530942
Atlanta, GA 30353-0942

Sears
PO Box 9001055
Louisville, KY 40290-1055

Joyce Seretti
Remax Select Realty - Moon
1187 Thorn Run Road Ext., Ste. 400
Moon Township, PA 15108-3349

Julie Frazee Steidl
707 Grant Street Suite 2830
Gulf Building.
Pittsburgh, PA 15219-1932

Synchrony/JC Penny
PO Box 960090
Orlando, FL 32896-0090

Township of Kennedy
Goehring, Rutter, and Boehm
437 Grant Street, 14th Floor
Frick Building
Frick Building
Pittsburgh, PA 15219-6101

Township of Kennedy
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

S. James Wallace
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 15019
Wilmington, DE 19886

(d)Bank of America
PO Box 15220
Wilmington, DE 19886-5019

Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

(d)Dell Preferred Account
Payment Processing Center
PO Box 6403
Carol Stream, IL 60197

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)Citizens Bank, N.A. | (u)Duquesne Light Company |
| (u)Franklin American Mortgage Company | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    48<br>Bypassed recipients     5<br>Total                  53 |