IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-24124 JAD |
| | ) | Chapter 13 |
| John A. DeFillip, | ) | Docket No. |
| *Debtor* | ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through his attorney Julie Frazee Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, John A. DeFillip, had an address of 83 Castle View Drive, McKees Rocks, PA 15136.

2. The debtor has since moved and the new address is 123 Homer Circle, McKees Rocks, PA 15136.

WHEREFORE, the debtor, John A. DeFillip, respectfully files this Notice of Change of Address.

                                          Respectfully submitted,

August 16, 2019_                      /s/ Julie Frazee Steidl_____
DATE                                     Julie Frazee Steidl, Esquire
                                          Attorney for the Debtor

                                          STEIDL & STEINBERG
                                          707 Grant Street
                                          Suite 2830
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          Julie.steidl@steidl-steinberg.com
                                          PA ID #35937