IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-24124 JAD |
| John A. DeFillip, ) | Chapter 13 |
|    *Debtor* ) | Docket No. |
| ) | |
| John A. DeFillip, ) | |
|    *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| Franklin American Mortgage Company, Township ) | |
| of Kennedy, Montour Area School District, ) | |
| American Express, Bank of America, Capital One ) | |
| Bank, Chase, Dell Preferred Account, Fifth Third ) | |
| Bank, First National Bank of Omaha, Home Depot ) | |
| Credit Services, SYNCB/Lowe's, Merrick Bank, ) | |
| Paypal Credit, PNC Bank, SYNCB/Sam's Club, ) | |
| Sears, SYNCB/JC Penney, Office of the US Trustee ) | |
| and Ronda J. Winnecour, Trustee, ) | |
|    *Respondents* ) | |

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on August 28, 2019, a true and correct copy of the *Amended Chapter 13 Plan dated August 12, 2019 together with the Notice of Proposed Modification of Confirmed Plan* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached mailing matrix.

Date of Service:     August 28, 2019     /s/ Julie Frazee Steidl
     Julie Frazee Steidl, Esquire
     STEIDL & STEINBERG
     28th Floor, Gulf Tower
     707 Grant Street
     Pittsburgh, PA 15219
     (412) 391-8000
     Julie.steidl@steidl-steinberg.com

```
Label Matrix for local noticing         American Express                         American Express Bank, FSB
0315-2                                  PO Box 1270                              c/o Becket and Lee LLP
Case 17-24124-JAD                       Newark, NJ 07101-1270                    PO Box 3001
WESTERN DISTRICT OF PENNSYLVANIA                                                 Malvern  PA 19355-0701
Pittsburgh
Wed Aug 28 15:59:33 EDT 2019

American Express Business               American Express Centurion Bank          Bank Of America, N.A.
PO Box 1270                             c/o Becket and Lee LLP                   PO BOX 31785
Newark, NJ 07101-1270                   PO Box 3001                              Tampa, FL 33631-3785
                                        Malvern  PA 19355-0701


(p)BANK OF AMERICA                      Bank of America, N.A.                    Capital One Bank (USA) N.A.
PO BOX 982238                           P O Box 982284                           P.O. Box 71083
EL PASO TX 79998-2238                   El Paso, TX 79998-2284                   Charlotte, NC 28272-1083



Capital One Spark                       Chase Cardmember Serice                  Chase Cardmember Services
PO Box 71083                            PO Box 1423                              P.O. Box 1423
Charlotte, NC 28272-1083                Charlotte, NC 28201-1423                 Charlotte, NC 28201-1423



John DeFillip                           (p)DELL FINANCIAL SERVICES               Duquesne Light Company
123 Homer Circle                        P O BOX 81577                            c/o Bernstein-Burkley, P.C.
Mc Kees Rocks, PA 15136-2039            AUSTIN TX 78708-1577                     707 Grant St., Suite 2200, Gulf Tower
                                                                                 Pittsburgh, PA 15219-1945


Keri P. Ebeck                           Fifth Third Bank                         Fifth Third Bank
Bernstein-Burkley                       PO Box 740789                            PO Box 9013
707 Grant Street                        Cincinnati, OH 45274-0789                Addison, Texas 75001-9013
Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1945

First National Bank Omaha               First National Bank of Omaha             Franklin American Mortgage Company
PO Box 2557                             1620 Dodge St., Stop Code 3105           PO Box 77404
Omaha, NE 68103-2557                    Omaha, NE 68197-0002                     Ewing, NJ 08628-6404



Franklin American Mortgage Company      Alexandra Teresa Garcia                  Home Depot Credit Services
c/o Cenlar FSB                          McCabe Weisberg & Conway, P.C.           PO Box 9001010
425 Phillips Boulevard                  123 South Broad Street                   Louisville, KY 40290-1010
Ewing, NJ 08618-1430                    Philadelphia, PA 19109-1029



Jeffrey R. Hunt                         Lowes/Synchrony Bank                     MERRICK BANK
Goehring, Rutter & Boehm                PO Box 530914                            Resurgent Capital Services
437 Grant Street                        Atlanta, GA 30353-0914                   PO Box 10368
14th Floor                                                                       Greenville, SC 29603-0368
Pittsburgh, PA 15219-6107

Merrick Bank                            Montour Area School District             Montour Area School District
PO Box 660702                           Goehring, Rutter & Boehm                 Goehring, Rutter & Boehm
Dallas, TX 75266-0702                   437 Grant Street, 14th Floor             c/o Jeffrey R. Hunt, Esquire
                                        Frick Building                           437 Grant Street, 14th Floor
                                        Pittsburgh, PA 15219-6101                Frick Building
                                                                                 Pittsburgh, PA 15219-6101
```

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PNC
PO Box 856177
Louisville, KY 40285

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PayPal Credit
PO Box 105658
Atlanta, GA 30348-5658

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Remax Select Realty - Moon
1187 Thorn Run Road Ext., Ste. 400
Moon Township, PA 15108-3349

Sam's Club/Synchrony Bank
PO Box 530942
Atlanta, GA 30353-0942

Sears
PO Box 9001055
Louisville, KY 40290-1055

Joyce Seretti
Remax Select Realty - Moon
1187 Thorn Run Road Ext., Ste. 400
Moon Township, PA 15108-3349

Julie Frazee Steidl
707 Grant Street Suite 2830
Gulf Building.
Pittsburgh, PA 15219-1932

Synchrony/JC Penny
PO Box 960090
Orlando, FL 32896-0090

Township of Kennedy
Goehring, Rutter, and Boehm
437 Grant Street, 14th Floor
Frick Building
Frick Building
Pittsburgh, PA 15219-6101

Township of Kennedy
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

S. James Wallace
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 15019
Wilmington, DE 19886

(d)Bank of America
PO Box 15220
Wilmington, DE 19886-5019

Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

(d)Dell Preferred Account
Payment Processing Center
PO Box 6403
Carol Stream, IL 60197

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)Citizens Bank, N.A. | (u)Duquesne Light Company |
| (u)Franklin American Mortgage Company | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   48<br>Bypassed recipients    5<br>Total                 53 |