Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **John DeFillip** | : | Case No. 17−24124−JAD |
| **aka Jack DeFillip, aka John Anthony DeFillip** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related To Doc. No. 66 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

     *AND NOW,* this *The 15th of April, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

     (1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4) The Clerk shall give notice to all creditors of this dismissal.

                                                         Jeffery A. Deller
                                                         United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-24124-JAD
John DeFillip                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: msch              Page 1 of 3              Date Rcvd: Apr 15, 2020
                               Form ID: 309            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.

```
db          +John DeFillip,    123 Homer Circle,    Mc Kees Rocks, PA 15136-2039
r           +Joyce Seretti,    Remax Select Realty - Moon,    1187 Thorn Run Road Ext., Ste. 400,
              Moon Township, PA 15108-3349
cr          +Montour Area School District,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
              Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
r           +Remax Select Realty - Moon,    1187 Thorn Run Road Ext., Ste. 400,
              Moon Township, PA 15108-3349
cr          +Township of Kennedy,    437 Grant Street, 14th Floor,    Frick Building,    Frick Building,
              Pittsburgh, PA  15219,    UNITED STATES 15219-6101
14781880    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14710075    +Capital One Spark,    PO Box 71083,    Charlotte, NC 28272-1083
14710076    +Chase Cardmember Serice,    PO Box 1423,    Charlotte, NC 28201-1423
14715649     Chase Cardmember Services,    P.O. Box 1423,    Charlotte, NC 28201-1423
14783657   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
              PO Box 10390,    Greenville, SC 29603-0390)
14710078    +Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
14729067    +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14710079    +First National Bank Omaha,    PO Box 2557,    Omaha, NE 68103-2557
14784713    +Franklin American Mortgage Company,    c/o Cenlar FSB,    425 Phillips Boulevard,
              Ewing, NJ 08618-1430
14710080    +Franklin American Mortgage Company,    PO Box 77404,    Ewing, NJ 08628-6404
14710082    +Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
14739826    +Montour Area School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14713070   ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
             (address filed with court: First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,
              Omaha, NE 68197)
14710086     PNC,    PO Box 8561777,    Louisville, KY 40285
14710088    +Sears,    PO Box 9001055,    Louisville, KY 40290-1055
14739825    +Township of Kennedy,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14710069    +EDI: AMEREXPR.COM Apr 16 2020 07:38:00      American Express,    PO Box 1270,
              Newark, NJ 07101-1270
14750032     EDI: BECKLEE.COM Apr 16 2020 07:38:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
              PO Box 3001,    Malvern  PA 19355-0701
14710070    +EDI: AMEREXPR.COM Apr 16 2020 07:38:00      American Express Business,    PO Box 1270,
              Newark, NJ 07101-1270
14750804     EDI: BECKLEE.COM Apr 16 2020 07:38:00      American Express Centurion Bank,
              c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14710071     EDI: BANKAMER.COM Apr 16 2020 07:38:00      Bank of America,    PO Box 15019,
              Wilmington, DE 19886
14710072     EDI: BANKAMER.COM Apr 16 2020 07:38:00      Bank of America,    PO Box 15220,
              Wilmington, DE 19886-5019
14744175     EDI: BANKAMER.COM Apr 16 2020 07:38:00      Bank Of America, N.A.,    PO BOX 31785,
              Tampa, FL 33631-3785
14710073     EDI: CAPITALONE.COM Apr 16 2020 07:38:00      Capital One Bank (USA) N.A.,    P.O. Box 71083,
              Charlotte, NC 28272-1083
14710077     E-mail/PDF: DellBKNotifications@resurgent.com Apr 16 2020 04:03:18      Dell Preferred Account,
              Payment Processing Center,    PO Box 6403,    Carol Stream, IL 60197
14783928    +E-mail/Text: kburkley@bernsteinlaw.com Apr 16 2020 04:02:38      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
14710083    +EDI: RMSC.COM Apr 16 2020 07:38:00      Lowes/Synchrony Bank,    PO Box 530914,
              Atlanta, GA 30353-0914
14783560     E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 16 2020 04:03:07      MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14710084    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 16 2020 04:03:39      Merrick Bank,
              PO Box 660702,    Dallas, TX 75266-0702
14765471     EDI: PRA.COM Apr 16 2020 07:38:00      Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
14710521    +EDI: PRA.COM Apr 16 2020 07:38:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
14710085    +EDI: RMSC.COM Apr 16 2020 07:38:00      PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
14780689     EDI: Q3G.COM Apr 16 2020 07:38:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
              PO Box 788,    Kirkland, WA  98083-0788
14710087    +EDI: RMSC.COM Apr 16 2020 07:38:00      Sam's Club/Synchrony Bank,    PO Box 530942,
              Atlanta, GA 30353-0942
14710089    +EDI: RMSC.COM Apr 16 2020 07:38:00      Synchrony/JC Penny,    PO Box 960090,
              Orlando, FL 32896-0090
```

```
District/off: 0315-2           User: msch                  Page 2 of 3                   Date Rcvd: Apr 15, 2020
                               Form ID: 309                Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                    TOTAL: 19

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr               Citizens Bank, N.A.
cr               Duquesne Light Company
cr               Franklin American Mortgage Company
cr*             +PRA Receivables Management, LLC,    PO Box 41021,     Norfolk, VA 23541-1021
14715641*       +American Express,    PO Box 1270,     Newark, NJ 07101-1270
14715642*       +American Express Business,    PO Box 1270,     Newark, NJ 07101-1270
14715643*      ++BANK OF AMERICA,    PO BOX 982238,     EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886)
14715644*      ++BANK OF AMERICA,    PO BOX 982238,     EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 15220,    Wilmington, DE 19886-5019)
14710074*       Capital One Bank (USA) N.A.,    P.O. Box 71083,     Charlotte, NC 28272-1083
14715645*       Capital One Bank (USA) N.A.,    P.O. Box 71083,     Charlotte, NC 28272-1083
14715646*       Capital One Bank (USA) N.A.,    P.O. Box 71083,     Charlotte, NC 28272-1083
14715647*      +Capital One Spark,    PO Box 71083,     Charlotte, NC 28272-1083
14715648*      +Chase Cardmember Serice,    PO Box 1423,     Charlotte, NC 28201-1423
14715650*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Preferred Account,     Payment Processing Center,    PO Box 6403,
                  Carol Stream, IL 60197)
14715651*      +Fifth Third Bank,    PO Box 740789,     Cincinnati, OH 45274-0789
14715652*      +First National Bank Omaha,    PO Box 2557,     Omaha, NE 68103-2557
14710081*      +Franklin American Mortgage Company,    PO Box 77404,     Ewing, NJ 08628-6404
14715653*      +Franklin American Mortgage Company,    PO Box 77404,     Ewing, NJ 08628-6404
14715654*      +Franklin American Mortgage Company,    PO Box 77404,     Ewing, NJ 08628-6404
14715655*      +Home Depot Credit Services,    PO Box 9001010,     Louisville, KY 40290-1010
14715656*      +Lowes/Synchrony Bank,    PO Box 530914,     Atlanta, GA 30353-0914
14715657*      +Merrick Bank,    PO Box 660702,     Dallas, TX 75266-0702
14715659*       PNC,    PO Box 8561777,     Louisville, KY 40285
14715658*      +PayPal Credit,    PO Box 105658,     Atlanta, GA 30348-5658
14715660*      +Sam's Club/Synchrony Bank,    PO Box 530942,     Atlanta, GA 30353-0942
14715661*      +Sears,    PO Box 9001055,     Louisville, KY 40290-1055
14715662*      +Synchrony/JC Penny,    PO Box 960090,     Orlando, FL 32896-0090
                                                                                          TOTALS: 4, * 24, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    Citizens Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Alexandra Teresa Garcia    on behalf of Creditor    Franklin American Mortgage Company
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Kennedy jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Montour Area School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Julie Frazee Steidl    on behalf of Debtor John  DeFillip julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
```

```
District/off: 0315-2           User: msch                 Page 3 of 3               Date Rcvd: Apr 15, 2020
                               Form ID: 309               Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                               TOTAL: 10