**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOHN DEFILLIP

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Case No.:17-24124 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/13/2017 and confirmed on 12/06/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 31,688.38 |
| Less Refunds to Debtor | 389.55 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,298.83 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,210.00 | |
|   Trustee Fee | 1,407.03 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,617.03 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FRANKLIN AMERICAN MORTGAGE COMPA | 13,717.62 | 13,717.62 | 0.00 | 13,717.62 |
|   Acct: 6072 | | | | |
| FRANKLIN AMERICAN MORTGAGE COMPA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5465 | | | | |
| KENNEDY TWP -SEWAGE FEES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: P070 | | | | |
| MONTOUR SD (KENNEDY) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: P070 | | | | |
| MONTOUR SD (KENNEDY) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: P070 | | | | |
| BANK OF AMERICA NA** | 12,909.18 | 12,909.18 | 957.62 | 13,866.80 |
|   Acct: 9221 | | | | |
| | | | | 27,584.42 |
| **Priority** | | | | |
| JULIE FRAZEE STEIDL ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOHN DEFILLIP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 17-24124 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | JOHN DEFILLIP | 389.55 | 389.55 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STEIDL & STEINBERG | 2,310.00 | 2,210.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RONDA J WINNECOUR PA ID #30399** | 97.38 | 97.38 | 0.00 | 97.38 |
| | Acct: XXXX /OE | | | | |
| | | | | | 97.38 |
| Unsecured | | | | | |
| | AMERICAN EXPRESS CENTURION BNK | 1,318.15 | 0.00 | 0.00 | 0.00 |
| | Acct: 2004 | | | | |
| | AMERICAN EXPRESS BANK FSB | 7,867.57 | 0.00 | 0.00 | 0.00 |
| | Acct: 1008 | | | | |
| | BANK OF AMERICA NA** | 4,685.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 1792 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 4,876.18 | 0.00 | 0.00 | 0.00 |
| | Acct: 9480 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,354.71 | 0.00 | 0.00 | 0.00 |
| | Acct: 3831 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,636.68 | 0.00 | 0.00 | 0.00 |
| | Acct: 0204 | | | | |
| | CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9826 | | | | |
| | CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1884 | | | | |
| | DELL FINANCIAL SERVICES LLC | 938.87 | 0.00 | 0.00 | 0.00 |
| | Acct: 2326 | | | | |
| | FIFTH THIRD BANK | 10,506.37 | 0.00 | 0.00 | 0.00 |
| | Acct: 0049 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 29,651.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 6317 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,001.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 1167 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,513.39 | 0.00 | 0.00 | 0.00 |
| | Acct: 6804 | | | | |
| | MERRICK BANK | 2,146.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 4260 | | | | |
| | PAYPAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8990 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6627 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 3,024.12 | 0.00 | 0.00 | 0.00 |
| | Acct: 4892 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 403.92 | 0.00 | 0.00 | 0.00 |
| | Acct: 2554 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,000.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 7156 | | | | |
| | DUQUESNE LIGHT COMPANY* | 206.70 | 0.00 | 0.00 | 0.00 |
| | Acct: 9250 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6804 | | | | |
| | ALLISON L CARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALEXANDRA T GARCIA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

| | | | | |
|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | 27,681.80 |
| TOTAL CLAIMED | | | | |
| PRIORITY | 97.38 | | | |
| SECURED | 26,626.80 | | | |
| UNSECURED | 72.132.65 | | | |

Date: 04/30/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com